UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :    INDICTMENT

     - v. -                       :    08 Cr.

JERRY A. ECKERT,                  :

               Defendant.     :

- - - - - - - - - - - - - - - - - -

**08 CRIM 437**

## COUNT ONE

The Grand Jury charges:

From in or about October 2006, up to and including in or about January 2007, in the Southern District of New York and elsewhere, JERRY A. ECKERT, the defendant, unlawfully, willfully, knowingly, and intentionally did access a protected computer without authorization, and as a result of such conduct, recklessly caused damage, causing loss to one and more persons during a one-year period aggregating at least $5,000 in value, to wit, ECKERT, without the knowledge or authorization of his former employer, accessed his former employer's computer network and executed computer commands that, among other things, downloaded data from his former employer's network.

(Title 18, United States Code,
Sections 1030(a)(5)(A)(ii), (a)(5)(B)(i), and 2.)

_____          _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JERRY A. ECKERT,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 1030(a)(5)(A)(ii),
(a)(5)(B)(i), and 2)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

5/15/08 Filed Indictment. A/W issued. Case assigned to Judge Castel. s/Mag. Judge Katz